1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    VENCIL C. GREEN,

Case No. CV 21-6225 GW (PVC)

12                          Petitioner,

13          v.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14    P. COVELLO, Warden,

15                          Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records

18    and files herein, and the Magistrate Judge's Report and Recommendation.  The time for

19    filing Objections to the Report and Recommendation has passed and no Objections have

20    been received.  Accordingly, the Court accepts and adopts the findings, conclusions and

21    recommendations of the Magistrate Judge.

22

23          IT IS ORDERED that the Petition is denied and Judgment shall be entered

24    dismissing this action with prejudice.

25    \\

26    \\

27    \\

28    \\

1         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2   Judgment herein on Petitioner at his current address of record.

3

4         LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:  April 21, 2022

7

                            GEORGE H. WU

8                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28