JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN, <br><br> Petitioner, <br><br> v. <br><br> P. COVELLO, Warden, <br><br> Respondent. | Case No. CV 21-6225 GW (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: April 21, 2022

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE